

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13 -MJ- 1009

UNITED STATES OF AMERICA )
)
) ORDER FOR DISMISSAL
v. ) WITHOUT PREJUDICE
Donald A Kruse )
)

The GOVERNMENT moves for dismissal without prejudice of the captioned case
for the following reason: *Mr Kruse completed requested community service to avoid prosecution*

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be
dismissed without prejudice.

This the 17 day of Apr. , 2013.

United States Magistrate Judge